Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (866) 295-7308
Lawyer99@pacbell.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GENG BAI, individually,<br><br>BINBIN LAI, individually,<br><br>      Plaintiffs,<br><br>   v.<br><br>EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services,<br><br>ALBERTO R. GONZALES, as Attorney General of the United States,<br><br>      Defendants. | Case No.: 06-7567 MHP<br><br>**STIPULATED MOTION TO DELETE FROM PUBLIC DOCKET AND FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5** |

     Plaintiffs Geng Bai and Bin Bin Lai hereby moves pursuant to Civil Local Rules 7-10 and 79-5 for leave to delete from public docket and file under seal Document 15, Plaintiff's Motion for Summary Judment; attached Part 4, letter from TSA ("Exhibit B"), and Part 5, letter from Geng Bai ("Exhibit C") filed by Plaintiffs on May 28, 2007.

     This motion is made on the grounds that Exhibit 2 contains highly sensitive personal information about Plaintiffs. Moreover, the parties agree that Document 15 with all attached

Exhibits was intended by Plaintiffs to remain confidential. Further, it is Plaintiff's position that the personal information were sent to the Federal Defendants to help expedite the completion of their FBI name checks.

Respectfully submitted,

Law Office of Daniel Huang

Date: June 8, 2007    /s/ Daniel T. Huang
DANIEL T. HUANG
Attorney at Law

SCOTT N. SCHOOLS
United States Attorney

Date: June 8, 2007    /s/ Edward A. Olsen
EDWARD A. OLSEN
Assistant United States Attorney

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Daniel T. Huang hereby attests that concurrence in the filing of the document has been obtained.*

**ORDER** (Proposed)

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that ~~Document 15, Plaintiff's Notice of Motion and Motion for Summary Judgment, and attached~~ exhibits B and C, of plaintiff's notice of and motion for summary judgment be deleted from public docket and filed under seal.

Dated:

IT IS SO ORDERED

Judge Marilyn H. Patel

2                                                    MOTION TO FILE UNDER SEAL
                                                     C 06-7567 MHP